MICHAEL BAILEY
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. 51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-08011-SPL-1 |
| Plaintiff, | |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| Abdul Saboor, | |
| Defendant. | |

The United States requests a sentence of 37 months as recommended in the Presentence Investigation Report (PSR).

Defendant is before the Court on his first federal felony for Conspiracy to Commit Transferring Firearms Out-of-State. The PSR properly calculates the Guideline Range at 37 to 46 months, with a Total Offense Level of 17 and a Criminal History Category of IV. The Plea Agreement caps Defendant's sentence at the low-end of that range.

In committing the instant offense, Defendant recruited his co-defendants, both heroin addicts, to make straw purchases of firearms in Arizona so that he could transport the firearms to drug dealers in California, in exchange for heroin and money. *See* PSR ¶ 5. Two of these firearms ended up in the hands of known gang members. PSR ¶¶ 12 and 13.

Based on Defendant's role in the offense and his criminal history, which includes a California State felony conviction for Receiving Stolen Property and multiple misdemeanor convictions, a sentence of 37 months is warrant under 18 U.S.C. § 3553(a)

factors. Trafficking firearms to known drug dealers and distributing heroin to at least one codefendant, evidences his danger to the community, his disregard for the law, and warrants a significant sentence. A term of incarceration at the low-end of the guidelines, however, is sufficient but not greater than necessary to reflect the seriousness of the underlying offense, to serve as a just punishment and promote deterrence.

Therefore, the government respectfully requests the Court impose a sentence of 37-months followed by 3 years of supervised release.

Dated this 14th day of November 2019.

MICHAEL BAILEY
United States Attorney
SHEILA PHILLIPS
Assistant U.S. Attorney
District of Arizona

*s/ Sheila Phillips*
SHEILA PHILLIPS
Assist United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2019, I electronically transmitted the attached document using the CM/ECF System to the Clerk's office as well as the following registrant: Patricia Ann Hubbard.

*s/ R. Williams*
U.S. Attorney's Office